**LOEVY & LOEVY**

Chicago 311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607
Seattle 100 S. King St. #100-748, Seattle, Washington 98104

May 11, 2021

*Via Electronic Delivery*
Hon. Derrick K. Watson
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850
(808) 541-1300

  Re: *Fatai v. City and County of Honolulu, et al.*, 1:19CV603

Dear Judge Watson:

  Currently pending are motions to dismiss the Second Amended Complaint filed by the City Defendants in this matter. *See* Dkt. 104, Dkt. 104.[1] These motions are presently set for hearing on June 4, 2021. Dkt. 106. Pursuant to Local Rule 7.2, Plaintiff's responses in opposition to these motions are due tomorrow, May 12, 2021.

  Jennifer Brown is one of Plaintiff's counsel in this matter and the original lead attorney that commenced this action. *See* Dkt. 1. Tragically, Ms. Brown's father passed late last week, on Thursday, May 6, 2021. As a result, Plaintiff seeks one additional week to complete his response to Defendants pending motions, that the June 4, 2021 hearing be briefly continued, and that the Defendants also receive a one week extension of time to file their replies. The parties agree to and stipulate to this relief.

  Understanding that June 11th is a state holiday, and having contacted this Court's courtroom manager, the parties respectfully ask

---

[1] This excludes Defendant Mark Kealoha who has yet to be served or appear in the case.

that the Court set the hearing at such time that is convenient for the Court, at any date after June 17, 2021, including June 18, 2021 or any other time that works for the Court.

     Finally, Plaintiff respectfully requests that he be allotted 10 additional pages for each response to the motions to dismiss. The Defendants have no objection so long they are given a commiserate extension, which Plaintiff does not oppose.

                                      Respectfully submitted:

                                      David B. Owens

CC: Counsel of Record

Case 1:19-cv-00603-DKW-WRP   Document 111   Filed 05/11/21   Page 3 of 3     PageID #: 1004