IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SEFO FATAI, | ) | 1:19-CV-00603-DKW-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | THIRD AMENDED RULE 16 |
| vs. | ) | SCHEDULING ORDER |
| | ) | |
| CITY AND COUNTY HONOLULU, MARK RAMOS, FUMIKAZU MURAOKA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### THIRD AMENDED RULE 16 SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this amended scheduling conference order:

### TRIAL DATE:

1. JURY trial in this matter will commence before the Honorable Derrick K. Watson, United States District Judge on July 24, 2023, at 9:00 AM.

### AMENDING PLEADINGS:

**2.** All motions to join additional parties or to amend the pleadings shall be filed by **CLOSED**.

### EXPERT WITNESSES:

3. Each party shall make the disclosures regarding expert witnesses or other witnesses with specialized knowledge as required by Fed. R. Civ. P. 26(a)(2) according to the following schedule:

      a.      All plaintiffs shall comply by CLOSED.

      b.      All defendants shall comply by CLOSED.

Defendant's Rebuttal Export Report deadline is continued to November 14, 2022.

**DISCOVERY:**

4.     Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

5a.    Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall be December 2, 2022. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by the discovery deadline.

  b.    Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2, and 37.1 shall be filed no later than CLOSED.

**MOTIONS:**

6.     Dispositive motions shall be filed by CLOSED.

7.     All other non-dispositive motions including any motion requiring an evidentiary hearing (including *Daubert* motions) shall be filed by January 20, 2023. This deadline does not include motions in limine or discovery motions.

8.     Motions in limine shall be filed by June 26, 2023.

Any opposition memorandum to a motion in limine shall be filed by July 3, 2023.

**SETTLEMENT:**

9.     A settlement conference shall be held on April 4, 2023, at 10:00 AM by Video Conference (VTC) before the Honorable Wes Reber Porter, United States Magistrate

Judge.

10. Each party shall email to the presiding Magistrate Judge a confidential settlement conference statement by March 28, 2023. The parties are directed to LR l 6.5(b) for the requirements of the confidential settlement conference statement.

11. The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL AND FINAL PRETRIAL:**

**12.** A Telephonic final pretrial conference shall be held on June 13, 2023, at 10:30 AM before the Honorable Wes Reber Porter, United States Magistrate Judge.

**13.** Pursuant to LR 16.4, each party herein shall serve and file a separate final pretrial statement by June 6, 2023.

**14.** By June 26, 2023, the parties shall pre-mark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**15.** By July 3, 2023, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

**16.** The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

**17.** The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the

order in which the witnesses will be called.

**18.**   The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by July 3, 2023.

**19a.**   By July 3, 2023, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

   **b.**   Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by July 10, 2023.

**20.**   By July 10, 2023, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

**21.**   By July 10, 2023 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

**22a.**   The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by July 17, 2023.

   **b.**   A thumb drive of all exhibits shall be submitted to the Court by July 17, 2023.

**23.**   The parties shall prepare in writing and submit to the Court any special voir dire inquiries they wish the judge to ask the jury panel.

**24.**   The parties shall confer in advance of trial for the purpose of preparing an agreed upon special verdict form, if a special verdict form is to be requested. The agreed upon special verdict form shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed special verdict forms to the Court.

**25.**   The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during

voir dire. The agreed upon concise statement of the case shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

26.     Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

27.     All submissions to the Court required by paragraphs 23, 24, 25 and 26 shall be made by July 10, 2023.

28.     A final pretrial conference shall be held on July 10, 2023, at 9:00 AM in Aha Kupono before the Honorable Derrick K. Watson, United States District Judge.

29.     (RESERVED)

**OTHER MATTERS:**

The parties are directed to consult Magistrate Judge Wes Reber Porter's Standing Order Regarding Settlement Conferences, available on the Court's public website, regarding the format of the confidential settlement conference statement and settlement conference procedures.

Telephonic hearings before Magistrate Judge Wes Reber Porter, will be held via Zoom Dial: **1-833-568-8864** / Meeting ID: **161 0084 2470**. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

1

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 31, 2022.



Wes Reber Porter
United States Magistrate Judge

Sefo Fatai vs. City and County Honolulu; 1:19-CV-00603-DKW-WRP; <u>Third Amended Rule 16 Scheduling Order</u>